IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL No. 04-CR-707 |
| | : |
| ARTHUR L. FARNSWORTH | : |

**O R D E R**

      **AND NOW,** this 31st day of March, 2006, upon consideration of Defendant's "Urgent Motion for Reconsideration of Intention to Discharge Impaneled Jury" (Doc. No. 93), the Government's response thereto, and a telephone conference held on February 2, 2006, with all counsel present, **IT IS HEREBY ORDERED** that said Motion is **DISMISSED** as moot.[1]

                                                               BY THE COURT:

                                                          s/ John R. Padova
                                                          John R. Padova, J.

---

[1] The parties agreed that the jury should be discharged. Accordingly, the instant Motion is dismissed as moot.